Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff James O. Gibbs, JR*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James O. Gibbs, JR,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Southern Capital Finance Group, LLC,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-00844-MMD-VCF<br>**[Third] Status Report re: Settlement between James O. Gibbs, Jr and Southern Capital Finance Group, LLC** |

　　　The dispute between Plaintiff James O. Gibbs, JR ("Plaintiff") and Defendant Southern Capital Finance Group, LLC ("Defendant") has been resolved. The parties have reached settlement terms and Defendant has agreed to prepare the agreement.

　　　Currently, Plaintiff is awaiting a response from Defendant regarding the status of the settlement agreement. However, Plaintiff has not received an update from Defendant, despite numerous attempts. If not resolved, Plaintiff intends to file a motion to enforce the settlement agreement, or another appropriate motion.

STATUS REPORT　　　　　　　　　　　　- 1 -

1  Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **December 28, 2022**, to file dismissal documents or for Plaintiff to file an appropriate motion.

Dated: November 28, 2022.

Respectfully submitted,

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff James O. Gibbs, JR*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   11-29-2022   _____

STATUS REPORT                                    - 2 -